# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08cr206

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RICHARD LEE ALEXANDER. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's motion to dismiss without prejudice the above-captioned Bill of Indictment. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's motion to dismiss (#28) the above-captioned Bill of Indictment is **GRANTED** without prejudice.

Signed: September 13, 2011

Max O. Cogburn Jr.
United States District Judge